**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **Amanda Bernard,** | § | |
| *Debtor/Appellant,* | § | |
| | § | |
| | § | **6:21-CV-00965-ADA** |
| **v.** | § | |
| | § | |
| | § | |
| **Bell County Tax Appraisal District,** | § | |
| *Creditor/Appellee.* | § | |
| | § | |

### Order Granting Extension and Denying Motion to Dismiss

The Court considers the Appellant's Motion for Extension of Time (Dkt. No. 5) and Appellee's Motion to Dismiss for Want of Prosecution (Dkt. No. 6). The Court **GRANTS-IN-PART** the Motion for Extension of Time and **DENIES** the Motion to Dismiss.

The *pro se* Appellant became sick with COVID-19 and encountered logistical problems. Dkt. No. 5 at 2. Appellee did not file any opposition to the extension. The Court finds good cause and hereby **GRANTS** an extension for the Appellant's brief deadline to **February 28, 2022**.

The Motion for Extension of Time "requests the court to include an order for the bankruptcy clerks Office to prepare all records, so the Appellant can prepare its Appeals brief." Dkt. No. 5 at 3. The Court **DENIES** this relief for ambiguity. It is unclear what "all records" encompasses.

The Motion for Dismiss was based on the Appellant missing its briefing deadline. Dkt. No. 6 ¶ 3. The Court extends the deadline in this ORDER. The Motion to Dismiss is **DENIED** with **leave to re-file** after the new briefing deadline.

SIGNED this 5th day of February, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE